UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07881-DFM | Date: | July 31, 2026 |
| Title | L.F.V.-P. v. Markwayne Mullin et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner: | Attorney(s) for Respondents: |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) ORDER REQUIRING SUPPLEMENTATION OF THE RECORD AND SUPPLEMENTAL BRIEFING** |

Petitioner L.F.V.-P., an immigration detainee represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). Respondents filed an Answer, see Dkt. 8 ("Answer"), and Petitioner filed a Reply, see Dkt. 9 ("Reply").

The current record and briefing leave material factual questions unresolved. Petitioner alleges that he was paroled into the United States under 8 U.S.C. § 1182(d)(5)(A) on August 25, 2022, that he complied with the conditions of that release for more than three years, and that he was arrested and served with a Notice to Appear on February 24, 2026. See Petition ¶¶ 2, 15, 20. None of those documents is in the record, and Respondents lodged no exhibits with the Answer. The record also does not disclose whether Petitioner has sought or received a custody redetermination before an Immigration Judge, though the parties dispute whether his remedy lies in the administrative process. See Answer at 3; Reply at 4-8. Finally, on July 30, 2026, the Ninth Circuit decided Rodriguez Vazquez v. Bostock, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026), which neither party has had an opportunity to address.

IT IS ORDERED that:

1. Within seven (7) days of the date of this Order, Respondents shall lodge all documents relevant to the Petition, including, but not limited to: the document granting Petitioner parole on or about August 25, 2022, and all conditions of that release; the Notice to Appear served on Petitioner on February 24, 2026; any Form I-213 or other record of that arrest; any written notice of termination of parole and any determination made under 8 C.F.R. § 212.5(e)(2)(i); any custody determination, including any Form I-286; any notice advising Petitioner of the availability of a custody redetermination before an Immigration

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Judge; any request for such a redetermination, notice of hearing, hearing record or transcript, ruling, and appeal to the Board of Immigration Appeals; and any record bearing on a violation of release conditions, changed circumstances, danger, flight risk, or exigency.

2. Within the same period, Respondents shall file a supplemental brief, not to exceed ten (10) pages, addressing: the provision that authorizes Petitioner's present detention, and the application, if any, of Rodriguez Vazquez; whether Petitioner's August 2022 release was parole under 8 U.S.C. § 1182(d)(5)(A), and what procedures governed its termination, including whether the Notice to Appear constituted written notice of termination under 8 C.F.R. § 212.5(e)(2)(i); and whether Petitioner has exhausted available administrative remedies and, if not, whether exhaustion should be excused.

3. Within five (5) days of service of Respondents' filings, Petitioner may file a response, not to exceed five (5) pages, and may lodge any documents in his possession bearing on the matters identified above.