JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| L.F.V.-P,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al,<br><br>Respondents. | Case No. 2:26-cv-07881-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall ensure Petitioner receives an individualized custody redetermination hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of August 17, 2026. The Petition is denied in all other respects.

Date: August 26, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge